IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>DEBORAH ANN RAFFERTY<br>A/KA DEBORAH A. RAFFERTY<br>WILLIAM RAFFERTY(NON- FILING CO-MORTGAGOR) | :<br>:<br>:<br>:<br>: | CHAPTER 13<br><br>BK. No. 14-14442 SR |

**Debtor**

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 1st day of Septemper , 2016, Motion of **SANTANDER BANK, N.A.** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED:** that Relief from the Automatic stay and co-debtor stay of all proceedings, as provided under 11 U.S.C. §362 and 11 U.S.C. §1301 is granted with respect to, 321 TIMBER JUMP LANE, MEDIA, PA 19063-1123(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED AND DECREED:** that Rule 4001(a)(3) is not applicable and **SANTANDER BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

By the Court:

*[signature]*

STEPHEN RASLAVICH, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

POLLY A. LANGDON, ESQUIRE
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

WILLIAM RAFFERTY
321 TIMBER JUMP LANE
MEDIA, PA 19063-1123

DEBORAH A. RAFFERTY
321 TIMBER JUMP LANE
MEDIA, PA 19063-1123

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107