United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 14-14442-sr
Deborah Ann Rafferty                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Sep 01, 2016
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2016.
db          +Deborah Ann Rafferty,    321 Timber Jump Lane,    Media, PA 19063-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor   Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor   Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor   Santander Bank, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
               for BCAT 2014-9TT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor   Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of   Michael F.x. Gillin & Associates, P.C.
               sbottiglieri@gillinlawoffice.com, ecfnotice@comcast.net
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Deborah Ann Rafferty
               sbottiglieri@gillinlawoffice.com, ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DEBORAH ANN RAFFERTY
A/KA DEBORAH A. RAFFERTY
WILLIAM RAFFERTY(NON- FILING CO-MORTGAGOR)

CHAPTER 13

BK. No. 14-14442 SR

Debtor

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 1st day of September , 2016, Motion of **SANTANDER BANK, N.A.** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED:** that Relief from the Automatic stay and co-debtor stay of all proceedings, as provided under 11 U.S.C. §362 and 11 U.S.C. §1301 is granted with respect to, 321 TIMBER JUMP LANE, MEDIA, PA 19063-1123(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED AND DECREED:** that Rule 4001(a)(3) is not applicable and **SANTANDER BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

By the Court:

_____
STEPHEN RASLAVICH, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

POLLY A. LANGDON, ESQUIRE
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

WILLIAM RAFFERTY
321 TIMBER JUMP LANE
MEDIA, PA 19063-1123

DEBORAH A. RAFFERTY
321 TIMBER JUMP LANE
MEDIA, PA 19063-1123

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107