# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 14-14442 SR |
| Deborah Ann Rafferty | : Chapter 13 |
|         Debtor | : |
| | : |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT c/o Shellpoint Mortgage Servicing | : |
|         Movant | : |
| vs. | : |
| Deborah Ann Rafferty | : |
|         Debtor/Respondent | : |
| and | : |
| Frederick L. Reigle, Esquire | : |
|         Trustee/Respondent | : |

## CERTIFICATION OF SERVICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Danielle Boyle-Ebersole, Esq., attorney for the Movant, WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT c/o Shellpoint Mortgage Servicing, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **September 27, 2016** upon the following:

Stephen Bottiglieri, Esquire
Via Electronic Filing
*Attorney for Debtor*

Frederick L. Reigle, Esquire
Via Electronic Filing
*Trustee*

Deborah Ann Rafferty
321 Timber Jump Lane
Media, PA 19063
Via First Class Mail
*Debtor*

Dated: 09/27/2016

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121