UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DEBORAH RAFFERTY,                : Case No. 14-14442-SR
                    Debtor                : Chapter 13

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Debtor filed a with the Court a Motion to Reimpose the Automatic Stay. Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 22, 2016 you or your attorney must do all the following:
    (a) file an answer explaining your position at:
        U.S. Bankruptcy Court
        Eastern District of Pennsylvania
        Bankruptcy Clerk of Courts
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
    (b) mail a copy to the Movant's Attorney:
        Stephen V. Bottiglieri, Esquire
        66 Euclid Street, Suite C
        Woodbury, NJ 08096
        P/F 888-793-0373
        steve@bottiglierilaw.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on November 30, 2016 at 10:00 A.M. in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.
Date: November 3, 2016