UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Deborah Rafferty,                                : Chapter 13
                        Debtor                             : Case No. 14-14442-sr

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the Debtor in the above case.

Respectfully submitted:

**BOTTIGLIERI LAW, LLC**

By:  /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Attorney for the Debtor
66 Euclid Street, Suite C
Woodbury, NJ 08096
P/F 888-793-0373
steve@bottiglierilaw.com

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of the Debtor in the above case.

Respectfully submitted:

**MICHAEL F.X. GILLIN & ASSOCIATES, P.C.**

By:  /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire