IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DEBORAH ANN RAFFERTY
A/K/A DEBORAH A. RAFFERTY
WILLIAM RAFFERTY (NON-FILING CO-MORTGAGOR)
　　　　Debtors

CHAPTER 13

BK. No. 14-14442 SR

## ORDER

AND NOW, this　　　day of　　　　, 2016, it is hereby **ORDERED** that the foregoing Stipulation by and among Phelan Hallinan Diamond & Jones, LLP counsel for the Movant, SANTANDER BANK, N.A., and STEPHEN V. BOTTLIERI, counsel for the Debtor is hereby approved, shall be, and is hereby made an Order of this Court.

*/s/ Stephen Raslavich*

**STEPHEN RASLAVICH,**
**Bankruptcy Judge**

Dated: January 3, 2017

PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
ONE PENN CENTER PLAZA
PHILADELPHIA, PA 19103

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107