# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Deborah Rafferty,                      : Chapter 13
                     Debtor                              : Case No. 14-14442-SR

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 114)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan **(Doc. # 114)** is **APPROVED**.

**BY THE COURT:**

**Date:** _____

**STEPHEN RASLAVICH,**
**UNITED STATES BANKRUPTCY JUDGE**