United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Deborah Ann Rafferty
    Debtor

Case No. 14-14442-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jan 03, 2017
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2017.
db           +Deborah Ann Rafferty,   321 Timber Jump Lane,   Media, PA 19063-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2017 at the address(es) listed below:
      ANDREW SPIVACK   on behalf of Creditor   Santander Bank, N.A. paeb@fedphe.com
      ANDREW SPIVACK   on behalf of Creditor   Santander Bank, N.A., F/K/A Sovereign Bank, N.A. paeb@fedphe.com
      DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JAMES P. SHAY   on behalf of Creditor   Santander Bank, N.A. james.shay@phelanhallinan.com
      JASON BRETT SCHWARTZ   on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
      JEROME B. BLANK   on behalf of Creditor   Santander Bank, N.A. paeb@fedphe.com
      JEROME B. BLANK   on behalf of Creditor   Santander Bank, N.A., F/K/A Sovereign Bank, N.A. paeb@fedphe.com
      JOSEPH ANGEO DESSOYE   on behalf of Creditor   Santander Bank, N.A., F/K/A Sovereign Bank, N.A. paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      MARIO J. HANYON   on behalf of Creditor   Santander Bank, N.A., F/K/A Sovereign Bank, N.A. paeb@fedphe.com
      POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      STEPHEN VINCENT BOTTIGLIERI   on behalf of   Michael F.x. Gillin & Associates, P.C. steve@bottiglierilaw.com, ecfnotice@comcast.net
      STEPHEN VINCENT BOTTIGLIERI   on behalf of Debtor Deborah Ann Rafferty steve@bottiglierilaw.com, ecfnotice@comcast.net
      THOMAS I. PULEO   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DEBORAH ANN RAFFERTY
A/K/A DEBORAH A. RAFFERTY
WILLIAM RAFFERTY (NON-FILING CO-
MORTGAGOR)
          Debtors

CHAPTER 13

BK. No. 14-14442 SR

## ORDER

AND NOW, this         day of         , 2016, it is hereby **ORDERED** that the foregoing Stipulation by and among Phelan Hallinan Diamond & Jones, LLP counsel for the Movant, SANTANDER BANK, N.A., and STEPHEN V. BOTTLIERI, counsel for the Debtor is hereby approved, shall be, and is hereby made an Order of this Court.

**STEPHEN RASLAVICH,**
**Bankruptcy Judge**

Dated: January 3, 2017

PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
ONE PENN CENTER PLAZA
PHILADELPHIA, PA 19103

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107