**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:         DEBORAH RAFFERTY,              : Chapter 13
                    Debtor                               : Case No. 14-14442-sr

**CERTIFICATION OF NO RESPONSE**

 I, *Stephen V. Bottiglieri,* Esquire, hereby certify that no answer, objection, other responsive pleading, or request for hearing has been filed within the time allowed by law to the Notice of and Motion to Modify Chapter 13 Plan Post Confirmation.

      Respectfully submitted:

      **BOTTIGLIERI LAW, LLC**

**Dated: January 24, 2017**  **By:**  /s/ Stephen V. Bottiglieri
      Stephen V. Bottiglieri, Esquire
      Attorney for the Debtor
      66 Euclid Street, Suite C
      Woodbury, NJ 08096
      P/F 888-793-0373
      steve@bottiglierilaw.com