**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      Deborah Rafferty                    : Chapter 13
                        Debtor                  : Case No. 14-14442-SR

**CERTIFICATE OF NO RESPONSE**

    I, Stephen V. Bottiglieri, Esquire, counsel for the Debtors, hereby certify that after notice, I have received no response, answer, objection or request for a hearing to my Supplemental Application for Compensation and Reimbursement of Expenses as of January 24, 2017.

Respectfully submitted:

 /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Counsel for Debtor
66 Euclid Street, Suite C
Woodbury, NJ 08096
P 888-793-0373
F 888-793-0373
steve@bottiglierilaw.com