# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Deborah Rafferty,            : Chapter 13
                Debtor           : Case No. 14-14442-SR

## O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan (Doc. # 114), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 114**) is **APPROVED**.

Date: **January 26, 2017**

*Stephen Raslavich* (signature)

**STEPHEN RASLAVICH,**
**UNITED STATES BANKRUPTCY JUDGE**