United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-14442-sr
Deborah Ann Rafferty                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Jan 26, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db            +Deborah Ann Rafferty,    321 Timber Jump Lane,    Media, PA 19063-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
              ANDREW  SPIVACK   on behalf of Creditor     Santander Bank, N.A. paeb@fedphe.com
              ANDREW  SPIVACK   on behalf of Creditor     Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-9TT debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JAMES P. SHAY   on behalf of Creditor     Santander Bank, N.A. james.shay@phelanhallinan.com
              JASON BRETT SCHWARTZ   on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
              JEROME B. BLANK   on behalf of Creditor     Santander Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK   on behalf of Creditor     Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE   on behalf of Creditor     Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
               for BCAT 2014-9TT bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON   on behalf of Creditor     Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN VINCENT BOTTIGLIERI   on behalf of    Michael F.x. Gillin & Associates, P.C.
               steve@bottiglierilaw.com,  ecfnotice@comcast.net
              STEPHEN VINCENT BOTTIGLIERI   on behalf of Debtor Deborah Ann Rafferty steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              THOMAS I. PULEO   on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
               CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                             TOTAL: 17

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Deborah Rafferty,    : Chapter 13
      Debtor     : Case No. 14-14442-SR

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 114)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan **(Doc. # 114)** is **APPROVED**.


Date: **January 26, 2017** _____

_____
**STEPHEN RASLAVICH,**
**UNITED STATES BANKRUPTCY JUDGE**