UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Deborah Rafferty                    : Chapter 13
                              Debtor           : Case No. 14-14442-SR

## ORDER

**AND NOW,** this _____ day of _____ , 2017 upon consideration of the Supplemental Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation for post-confirmation services is **ALLOWED** in favor of the Applicant in the amount of $3,240.00 and expenses in the amount of $10.00; and

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation of $3,240.00 as set forth in the Application and the allow expenses of $10.00. The total distribution to Applicant shall be $3,250.00 to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Dated: February 8, 2017**

_____
**STEPHEN RASLAVICH,
UNITED STATES BANKRUPTCY JUDGE**