United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-14442-sr
Deborah Ann Rafferty                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Feb 08, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db             +Deborah Ann Rafferty,    321 Timber Jump Lane,    Media, PA 19063-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
              ANDREW    SPIVACK    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
              ANDREW    SPIVACK    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-9TT debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES P. SHAY    on behalf of Creditor    Santander Bank, N.A. james.shay@phelanhallinan.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
               for BCAT 2014-9TT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of    Michael F.x. Gillin & Associates, P.C.
               steve@bottiglierilaw.com,    ecfnotice@comcast.net
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Deborah Ann Rafferty steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
               CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Deborah Rafferty                    : Chapter 13
                        Debtor                 : Case No. 14-14442-SR

## ORDER

**AND NOW,** this _____ day of _____ , 2017 upon consideration of the Supplemental Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation for post-confirmation services is **ALLOWED** in favor of the Applicant in the amount of $3,240.00 and expenses in the amount of $10.00; and

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation of $3,240.00 as set forth in the Application and the allow expenses of $10.00.  The total distribution to Applicant shall be $3,250.00 to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Dated: February 8, 2017**

_____
**STEPHEN RASLAVICH,**
**UNITED STATES BANKRUPTCY JUDGE**