**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 14-14442-JKF |
| | Chapter 13 |
| DEBORAH ANN RAFFERTY | |
| Debtor(s). | |

### NOTICE OF APPEARANCE

**WILMINGTON SAVINGS FUND SOCIETY**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

Dated this 16th day of November, 2017.

By:   _/s/ Christopher M. McMonagle, Esquire_
Christopher M. McMonagle, Esq., Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

---

1  Full title of Creditor is as follows: WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT .
2  This Loan is currently serviced by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing.
3  For reference, the property address associated with the undersigned's representation is 321 Timberjump Lane, Media, PA 19063.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 16th day of November, 2017, to the following:

Stephen Vincent Bottiglieri
66 Euclid Street
Suite C
Woodbury, NJ 08096
steve@bottiglierilaw.com
*Attorney for Debtor(s)*

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
ecfmail@fredreiglech13.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Deborah Ann Rafferty
321 Timber Jump Lane
Media, PA 19063
*Debtor(s)*

Dated this 16th day of November, 2017.

                            By:    */s/ Christopher M. McMonagle, Esquire*
                                     Christopher M. McMonagle, Esquire, Bar No: 316043
                                     Stern & Eisenberg, PC
                                     1581 Main Street, Suite 200,
                                     Warrington, PA 18976
                                     Phone: (215) 572-8111
                                     Fax: (215) 572-5025
                                     cmcmonagle@sterneisenberg.com
                                     Attorney for Creditor