STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Deborah Ann Rafferty<br>      Debtor<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT<br>      Creditor/Movant<br>v.<br>Deborah Ann Rafferty<br>      Respondent | Chapter 13<br><br>Bankruptcy Case:  14-14442-JKF<br><br>Judge: Jean K. FitzSimon |

**O R D E R**

AND NOW, this 31st day of January, 20 18 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT and any successor in interest and Debtor, Deborah Ann Rafferty, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT and any successor in interest, to to proceed with it under state and federal law concerning the Property (the "Property"):  **321 Timberjump Lane, Media, PA 19063**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*/s/ Jean K. FitzSimon*
_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon