United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deborah Ann Rafferty  
    Debtor

Case No. 14-14442-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Jan 31, 2018  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.  
db          +Deborah Ann Rafferty,   321 Timber Jump Lane,   Media, PA 19063-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:
        ANDREW  SPIVACK    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
        ANDREW  SPIVACK    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A. paeb@fedphe.com
        CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JAMES P. SHAY    on behalf of Creditor    Santander Bank, N.A. james.shay@phelanhallinan.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
        JEROME B. BLANK    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A. paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A. paeb@fedphe.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        STEPHEN VINCENT BOTTIGLIERI    on behalf of    Michael F.x. Gillin & Associates, P.C. steve@bottiglierilaw.com,   ecfnotice@comcast.net
        STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Deborah Ann Rafferty steve@bottiglierilaw.com, ecfnotice@comcast.net
        THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                      TOTAL: 18

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Deborah Ann Rafferty<br>       Debtor<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT<br>       Creditor/Movant<br>v.<br>Deborah Ann Rafferty<br>       Respondent | Chapter 13<br><br>Bankruptcy Case:  14-14442-JKF<br><br>Judge: Jean K. FitzSimon |

**O R D E R**

AND NOW, this 31st day of January, 20 18 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT and any successor in interest and Debtor, Deborah Ann Rafferty, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT and any successor in interest, to to proceed with it under state and federal law concerning the Property (the "Property"):  ***321 Timberjump Lane, Media, PA 19063***.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon