**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       Deborah Rafferty,                      : Chapter 13
                       Debtor                       : Case No. 14-14442-JKF

**CERTIFICTION OF NO RESPONSE TO DEBTOR'S**
**MOTION TO MODIFY PLAN POST-CONFIRMATION**

    I, *Stephen V. Bottiglieri,* Esquire, hereby certify that no answer, objection, other responsive pleading, or request for hearing has been filed within the time allowed by law to the Notice of and Motion to Modify Chapter 13 Plan Post Confirmation as of August 8, 2018.

    Respectfully submitted:

    **BOTTIGLIERI LAW, LLC**

    **By**:  __/s/ Stephen V. Bottiglieri_____
        Stephen V. Bottiglieri, Esquire
        Attorney for the Debtor
        66 Euclid Street, Suite C
        Woodbury, NJ 08096
        P/F 888-793-0373
        steve@bottiglierilaw.com