**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    Deborah Rafferty,            : Chapter 13
                Debtor            : Case No. 14-14442-JKF

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan (**Doc. # 143**), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 143**) is **APPROVED**.

BY THE COURT:

*[signature]*

**Date:** _____

**Date: August 29, 2018**

**JEAN K. FITZSIMON,**
**UNITED STATES BANKRUPTCY JUDGE**