United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 14-14442-jkf
Deborah Ann Rafferty                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 1              Date Rcvd: Aug 29, 2018
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db            +Deborah Ann Rafferty,    321 Timber Jump Lane,    Media, PA 19063-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-9TT cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-9TT debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              JAMES P. SHAY    on behalf of Creditor    Santander Bank, N.A. james.shay@phelanhallinan.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
               for BCAT 2014-9TT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Deborah Ann Rafferty steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              STEPHEN VINCENT BOTTIGLIERI    on behalf of    Michael F.x. Gillin & Associates, P.C.
               steve@bottiglierilaw.com,    ecfnotice@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
               CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     Deborah Rafferty,                : Chapter 13
                    Debtor                        : Case No. 14-14442-JKF

**O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 143)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 143**) is **APPROVED**.

BY THE COURT:

*[signature]*

**Date:** _____

**Date: August 29, 2018**

**JEAN K. FITZSIMON,**
**UNITED STATES BANKRUPTCY JUDGE**