**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       Deborah Rafferty,              : Chapter 13
                       Debtor               : Case No. 14-14442-JKF

## ADDENDUM TO CHAPTER 13 PLAN

DEBTOR, hereby modifies Section 3(a) of Debtor's Chapter 13 Plan to clarify the payments to creditors as follows:

Bottiglieri Law, LLC will be paid the sum of $3,250.00.

Michael F. X. Gillin & Associates, PC will be paid the sum of $1,500.00.

No other amendments to the plan are proposed.

Respectfully submitted:

**BOTTIGLIERI LAW, LLC**

**Dated: September 20, 2018**         **By:** __/s/ Stephen V. Bottiglieri_____
                                      Stephen V. Bottiglieri, Esquire
                                      Attorney for the Debtor
                                      66 Euclid Street, Suite C
                                      Woodbury, NJ 08096
                                      P/F 888-793-0373
                                      steve@bottiglierilaw.com