UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

December 6, 2018

To: Thomas Song, Esq., Id. No.89834
    Phelan Hallinan Diamond & Jones, LLP
    1617 JFK Boulevard, Suite 1400
    One Penn Center Plaza
    Philadelphia, PA 19103

In re: **Deborah Ann Rafferty**
Bankruptcy No. **14-14442**
Adversary No.

Re **Chapter 13 Motion for Relief**

The above document(s) were filed in this office on **12/5/2018.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |
| --- | --- |
| ( ) | Voluntary Petition |
| ( ) | Adversary Proceeding |
| ( ) | $31.00 Filing Fee for Amendments |
| ( ) | $25.00 Claims Transfer Fee |
| (X) | Motion Filing - $181.00 Motion for Relief |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: **Jennifer Dahms**
Deputy Clerk

*Fee Notice*
*(11/26/18)*