United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 14-14442-jkf
Deborah Ann Rafferty                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Dec 10, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
13422934       +Santander Bank, N.A. F/K/A Sovereign Bank,    Santander Bank, N.A.,
                 Attn: Bankruptcy Department,   MC: 10-6438-FB4,   601 Penn Street,   Reading, PA 19601-3544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-9TT cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-9TT debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              JAMES P. SHAY    on behalf of Creditor    Santander Bank, N.A. james.shay@phelanhallinan.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
               for BCAT 2014-9TT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Santander Bank, N.A., F/K/A Sovereign Bank, N.A.
               paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Deborah Ann Rafferty steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              STEPHEN VINCENT BOTTIGLIERI    on behalf of     Michael F.x. Gillin & Associates, P.C.
               steve@bottiglierilaw.com,    ecfnotice@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
                CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Dovenmuehle Mortgage, Inc. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 19

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-14442-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Deborah Ann Rafferty
321 Timber Jump Lane
Media PA 19063

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/05/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Santander Bank, N.A. F/K/A Sovereign Bank, Santander Bank, N.A., Attn: Bankruptcy Department, MC: 10-6438-FB4, 601 Penn Street, Reading, PA 19601 | Santander Bank, N.A.<br>(by: Dovenmuehle Mortgage, Inc.)<br>P.O. Box 371306<br>Pittsburgh, PA 15250-7306 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/12/18

Tim McGrath
**CLERK OF THE COURT**